## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD BRADBERRY, | ) | 3:14-CV-0193-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 18, 2014 |
| | ) | |
| SHERYL FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion to extend prison copywork limit (#18) is **GRANTED in part**. In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit by in order to prosecute this case. The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00. The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available. The court cautions plaintiff that he should carefully consider the documents he intends to copy as the court will not allow plaintiff to exceed the copy limit by more than $10.00 under any circumstance. The court will not order the Nevada Department of Corrections (NDOC) to lower the cost of copies nor will it order the NDOC to allow plaintiff to review or copy his medical records. Plaintiff must follow proper prison procedure in order to review his medical records.

   The Clerk shall mail a copy of this order to Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                        By:        /s/
                                Deputy Clerk